OSCN Found Document:STATE OF OKLAHOMA ex rel. OBA v. FINN

 

 
 STATE OF OKLAHOMA ex rel. OBA v. FINN2026 OK 25Case Number: SCBD-8078Decided: 04/27/2026THE SUPREME COURT OF THE STATE OF OKLAHOMA
Cite as: 2026 OK 25, __ P.3d __

 
FOR PUBLICATION IN OBJ ONLY. NOT FOR OFFICIAL PUBLICATION. 

 

IN THE SUPREME COURT OF THE STATE OF OKLAHOMA

STATE OF OKLAHOMA ex rel. OKLAHOMA BAR ASSOCIATION, Complainant,
v.
LARRY E. FINN, Respondent.

ORDER OF IMMEDIATE INTERIM SUSPENSION

The Oklahoma Bar Association ("OBA"), in compliance with Rules 7.1 and 7.2 of the Rules Governing Disciplinary Proceedings ("RGDP"), has forwarded to this Court certified copies of the Information, Probable Cause Affidavit, Sentencing After Jury Trial Summary of Facts, and Judgment and Sentence from the following matter in Oklahoma County, Oklahoma: State of Oklahoma v. Larry E. Finn, Case No. CF-2024-197. After a four-day jury trial, Respondent was found guilty of Felony Child Abuse in violation of 21 O.S. § 843.557 O.S. § 597

Rule 7.3 of the RGDP provides: "Upon receipt of the certified copies of Judgment and Sentence on a plea of guilty, order deferring judgment and sentence, indictment or information and the judgment and sentence, the Supreme Court may by order immediately suspend the lawyer from the practice of law until further order of the Court." Having received certified copies of these papers and orders, this Court orders that Larry E. Finn is immediately suspended from the practice of law pending further order from this Court.

Under Rule 7.4, RGDP, this Court "may order the lawyer . . . to show cause in writing why a final order of discipline should not be made. The written return of the lawyer shall be verified and expressly state whether a hearing is desired. The lawyer may in the interest of explaining conduct or by way of mitigating the discipline to be imposed upon him, submit a brief and/or any evidence tending to mitigate the severity of discipline." Rule 7.4, RGDP. Pursuant to Rule 7.4, Larry E. Finn has until May 11, 2026, to show cause in writing why a final order of discipline should not be imposed, to request a hearing, or to file a brief and any evidence tending to mitigate the severity of discipline. The OBA has until May 25, 2026, to respond.

DONE BY ORDER OF THE SUPREME COURT THIS 27th DAY OF APRIL 2026.

/s/________________________________
CHIEF JUSTICE

ALL JUSTICES CONCUR